IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE IBEW SOUND AND COMMUNICATIONS HEALTH AND WELFARE TRUST, IBEW NINTH DISTRICT PENSION TRUST, NORTHERN CALIFORNIA JOINT APPRENTICESHIP AND TRAINING TRUST, NORTHERN CALIFORNIA LABOR MANAGEMENT COOPERATION TRUST AND THE NATIONAL ELECTRICAL BENEFIT TRUST, and DOUG LUNG AND GERALD PFEIFFER, TRUSTEES OF THE IBEW/NECA SOUND AND COMMUNICATIONS HEALTH AND WELFARE TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> PACIFIC SIGNALING SYSTEMS, INC., and DOES 1–100, <br><br> Defendants. | No. C 12-04925 WHA <br><br> **ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Good cause not shown, the Court **DENIES** the parties' stipulation to continue the case management conference for eight weeks. "Discussing settlement" is never a good reason to continue.

**IT IS SO ORDERED.**

Dated: December 10, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE