United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE IBEW SOUND AND COMMUNICATIONS HEALTH AND WELFARE TRUST, IBEW NINTH DISTRICT PENSION TRUST, NORTHERN CALIFORNIA JOINT APPRENTICESHIP AND TRAINING TRUST, NORTHERN CALIFORNIA LABOR MANAGEMENT COOPERATION TRUST AND THE NATIONAL ELECTRICAL BENEFIT TRUST, and DOUG LUNG AND GERALD PFEIFFER, TRUSTEES OF THE IBEW/NECA SOUND AND COMMUNICATIONS HEALTH AND WELFARE TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC SIGNALING SYSTEMS, INC., and DOES 1–100,<br><br>Defendants. | No. C 12-04925 WHA<br><br>**ORDER DENYING ATTENDANCE BY TELEPHONE** |

The Court **DENIES** defendants' motion to attend the case management conference because it is not feasible to hold a hearing via the courtroom telephone system.

**IT IS SO ORDERED.**

Dated: December 11, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE