| | |
|---|---|
| 1 | RICHARD K. GROSBOLL, Bar No. 99729 |
| | CHLOE QUAIL, Bar No. 262797 |
| 2 | NEYHART, ANDERSON, FLYNN & GROSBOLL |
| | 369 Pine Street, Suite 800 |
| 3 | San Francisco, CA  94104-6702 |
| | TEL:  (415) 677-9440 |
| 4 | FAX: (415) 677-9445 |
| 5 | Attorneys for Plaintiff |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| TRUSTEES OF THE IBEW/NECA SOUND AND COMMUNICATIONS HEALTH AND WELFARE TRUST, IBEW NINTH DISTRICT PENSION TRUST, NORTHERN CALIFORNIA JOINT APPRENTICESHIP AND TRAINING TRUST, NORTHERN CALIFORNIA LABOR MANAGEMENT COOPERATION TRUST AND THE NATIONAL ELECTRICAL BENEFIT TRUST and DOUG LUNG AND GERALD PFEIFFER, TRUSTEES OF THE IBEW/NECA SOUND AND COMMUNICATIONS HEALTH AND WELFARE TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> PACIFIC SIGNALING SYSTEMS, INC. and DOES 1-100, <br>             Defendants. | Case No. 12-cv-04925-WHA <br><br> ~~CONTINGENT~~ ORDER OF DISMISSAL <br><br> Location:  450 Golden Gate Avenue <br>                  San Francisco, CA 94102 <br> Judge:      Hon. William Alsup |

[PROPOSED] ORDER:

The parties hereto have agreed to a settlement of this action. IT IS HEREBY ORDERED that this action is dismissed without prejudice, provided, however, that if any party hereto shall certify to this Court, with proof of service of copy thereon on the Defendant or its counsel that the agreed consideration for the settlement has not been delivered over, the foregoing Order shall vacated by this Court and this action shall forthwith be restored to the calendar. Plaintiffs may then insert the appropriate amount owed and a Stipulation for Entry of Judgment. Judgment will then be entered forthwith.

IT IS SO ORDERED.

Dated: March 18, 2013.

William Alsup
United States District Judge